AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | | |
|---|---|---|
| WYCKOFF FARMS, INCORPORATED, a Washington corporation, <br> *Plaintiff* <br> v. <br> INDUSTRIAL CONTROL CONCEPTS, INC., d/b/a ICC, INC., a Missouri corporation, et al., <br> *Defendant* | ) ) ) ) ) ) | Civil Action No. 4:20-CV-5095-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to F.R.Civ.P. Rule 54(b), partial judgment is granted in favor of Wyckoff Farms, Incorporated and against Defendants ICC, Inc., ICC Northwest, Inc, and ICC Turnkey, Inc. Plaintiff Wyckoff Farms, Incorporated is awarded $38,425 in attorney fees and $1,002.35 in costs for a total amount of $39,427.35 payable by Defendants ICC, Inc., ICC Northwest, Inc, and ICC Turnkey, Inc. Post judgment interest will accrue at the rate of 0.25% per annum.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   THOMAS O. RICE

    on Plaintiff's Second Motion for Partial Summary Judgment (ECF No. 45).

Date:   December 9, 2021

*CLERK OF COURT*

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*

B. Fortenberry