AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 26, 2022

SEAN F. McAVOY, CLERK

WYCKOFF FARMS, INCORPORATED, a Washington Corporation,
*Plaintiff*
v.
INDUSTRIAL CONTROL CONCEPTS, INC. d/b/a ICC, INC., a Missouri corporation, ICC NORTHWEST, INC., an Oregon corporation, ICC TURNKEY, INC., a Missouri corporation; ALEX ALEXANDROV, an individual; and MICHAEL NEWMAN, an individual,
*Defendant*

)
)
)
)
)
)

Civil Action No.    4:20-CV-5095-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ the plaintiff *(name)* WYCKOFF FARMS, INCORPORATED recover from the defendants *(name)* ICC, Inc., ICC Northwest, Inc, and ICC Turnkey, Inc., jointly and severally the amount of $1,809,429.95, plus post judgment interest at the rate of 3.91 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:
Defendants ICC, Inc., ICC Northwest, Inc, and ICC Turnkey, Inc., jointly and severally, owe the amount of the NIPR Judgment entered in Benton County case number 20-2-01235-03 and the partial summary judgments already entered by this Court at ECF Nos. 54, 74, 120 (accruing interest as of the dates of their entry).
All claims against Defendants Alex Alexandrov and Michael Newman are DISMISSED with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☒ tried by Judge Thomas O. Rice without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date:    9/26/2022

CLERK OF COURT

*s/B. Fortenberry*

*Signature of Clerk or Deputy Clerk*